

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,                    )
                                             )   JUDGE
            Plaintiff,                       )
                                             )   1:05CR0268
    v.                                       )   MOTION TO FILE
                                             )   UNDER SEAL
                                             )
JAMES R. BLOMQUIST,                          )
LORI A. GOODRICH,                            )
                                             )
            Defendants.                      )   JUDGE MANOS

Now comes the United States of America, by and through

counsel, Gregory A. White, United States Attorney, and Linda H.

Barr, Assistant United States Attorney, and respectfully moves

this Court for an order sealing the attached indictment for the

following reason:  The indictment should be sealed until the

arrest warrants are executed.

                            Respectfully submitted,

                            GREGORY A. WHITE
                            United States Attorney

                  By:    _____
                            Linda H. Barr
                            Assistant U.S. Attorney
                            Pennsylvania Reg. No. 41079
                            100 East Federal Plaza
                            City Centre One, Suite 325
                            Youngstown, Ohio  44503
                            Telephone: (330) 746-7974
                            Facsimile: (330) 746-0239
                            e-mail: Linda.Barr@usdoj.gov