**MINUTES OF PROCEEDINGS**                          Conference X
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

DATE: August 16, 2005

JUDGE: John M. Manos

CASE NUMBER: 05CR0268

COURT REPORTER: N/A

United States )
)
)
Plaintiff, )
)
)
vs. ) **M I N U T E S**
)
Blomquist, et. al. )
)
)
Defendant. )

**MATTERS CONSIDERED**: Pretrial conference held on August 16, 2005. Plea negotiations to continue.

The parties are hereby instructed to notify the Court immediately if a change of plea hearing needs to be scheduled.

*/s/ Siegmund Fred Fuchs*
Law Clerk