UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
NON-APPEAL TRANSCRIPT ORDER

**TO BE COMPLETED BY ORDERING PARTY**

COURT REPORTER: Julie Knabe    JUDICIAL OFFICER: Magistrate Judge Hemann

REQUESTED BY: AUSA Linda H. Barr    PHONE: 330.740.6984

CASE NAME: U.S. v. James R. Blomquist, et al.

CASE NUMBER: 1:05CR268-2    DATE(S) OF PROCEEDINGS: 09/12/2005 Change of Plea Hrg.

TODAY'S DATE: 05/30/2006    REQUESTED COMPLETION DATE: 06/09/2006

**FINANCIAL ARRANGEMENTS MUST BE MADE WITH THE COURT REPORTER BEFORE TRANSCRIPT IS PREPARED. IF THE METHOD OF PAYMENT IS AUTHORIZED UNDER CJA, ATTACH CJA FORM 24 AND CHECK HERE_____.**

/s/*Linda H. Barr*
**Signature of Ordering Party**

MAXIMUM RATE PER PAGE

| TRANSCRIPT TYPE | Original | First Copy to each Party | Each Add'l Copy |
|---|---|---|---|
| **Ordinary**: A transcript to be delivered within thirty (30) days after receipt of order | **$3.30** | $.83 | $.55 |
| **Expedited**: A transcript to be delivered within seven (7) days after receipt of order | $4.40 | $.83 | $.55 |
| **Daily**: A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually be a court day | $5.50 | $1.10 | $.83 |
| **Hourly:** A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours | $6.60 | $1.10 | $.83 |
| **Realtime Unedited Transcript**: a draft transcript produced by a Certified Realtime Reporter (CRR) as a byproduct of realtime to be delivered electronically during the proceedings or immediately following adjournment. **NOTE**: Litigants who order realtime transcript are required to purchase an original certified transcript of the same pages of realtime unedited transcript at the regular rates (ordinary, expedited, daily or hourly). Litigants who order a copy of a realtime unedited transcript will be required to purchase a certified copy of the same pages at the regular copy rates (ordinary, expedited, daily, or hourly.). | $2.75 Plus cost of original certified transcript of the same pages (ordinary, expedited, daily, or hourly) | $1.10 Plus cost of certified copies of the same pages (ordinary, expedited, daily, or hourly) | |

Local Civil Rule 80.1 of the Northern District of Ohio requires transcript requests to be in writing addressed to the court reporter who took the proceeding, with a copy of the request filed with the Clerk of Court.
AN ORIGINAL AND THREE COPIES OF THIS FORM MUST BE FILED AND DISTRIBUTED AS FOLLOWS:
ORIGINAL TO COURT REPORTER; COPY 1 TO CLERK OF COURT; COPY 2 TO COURT REPORTER SUPERVISOR; COPY 3 RETAINED BY ORDERING PARTY. Please circle appropriate copy: ORIGINAL   COPY 1   COPY 2   COPY 3